704

*Gwinn* and *Charles C. Grassham* for petitioner. *Solicitor General Biddle, Assistant Attorney General Berge,* and *Mr. George F. Kneip* for the United States.

No. 764. HELVERING, COMMISSIONER OF INTERNAL REVENUE, *v.* CLEVELAND TRUST CO., TRUSTEE. March 17, 1941. Petition for writ of certiorari to the Circuit Court of Appeals for the Sixth Circuit denied. *Solicitor General Biddle* for petitioner. *Mr. Charles P. Hine* for respondent.

No. 765. COTSIRILOS *v.* KLEIN, TRUSTEE. March 17, 1941. Petition for writ of certiorari to the Circuit Court of Appeals for the Seventh Circuit denied. *Mr. Harold O. Mulks* for petitioner.

No. 788. NEW YORK LIFE INSURANCE Co. *v.* GRIESE-DIECK. March 17, 1941. Petition for writ of certiorari to the Circuit Court of Appeals for the Eighth Circuit denied. *Messrs. James C. Jones, Lon O. Hocker, James C. Jones, Jr.,* and *Louis H. Cooke* for petitioner. *Mr. William L. Mason* for respondent.

No. 772. BARTINDALE *v.* STATE OF NEW YORK. March 31, 1941. Petition for writ of certiorari to the County Court of Rockland County, State of New York, and motion for leave to proceed further *in forma pauperis,* denied. *Horace Lee Bartindale, pro se. Messrs. John J. Bennett, Jr.,* Attorney General of New York, and *George V. Dorsey* for respondent.